# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN AUTOMOBILE INSURANCE COMPANY a/s/o SETTLER'S INN, LTD.,** | : | No. 3:14cv1911 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **L.H. REED & SONS, INC.,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 8th day of April 2015, the defendant's motion to dismiss (Doc. 7) is hereby **DENIED**.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**